814

No. 03-1578. SIRLEAF ET UX. *v.* BOOZER ET AL. C. A. 4th Cir. Certiorari denied.

No. 03-1582. ASSOCIATED BUILDERS & CONTRACTORS OF SOUTHERN CALIFORNIA, INC. *v.* ACOSTA, IN HER OFFICIAL CAPACITY AS ACTING CHIEF, DIVISION OF APPRENTICESHIP STANDARDS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-1584. HINES ET AL. *v.* CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03-1587. ESTIVERNE *v.* HIBERNIA CORP. ET AL. Sup. Ct. La. Certiorari denied.

No. 03-1588. MINKA LIGHTING, INC. *v.* CRAFTMADE INTERNATIONAL, INC. C. A. Fed. Cir. Certiorari denied.

No. 03-1590. MEDINOL LTD. *v.* JOHNSON & JOHNSON ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03-1592. PREWITT ENTERPRISES, INC., ET AL. *v.* ORGANIZATION OF THE PETROLEUM EXPORTING COUNTRIES. C. A. 11th Cir. Certiorari denied.

No. 03-1593. MONACO *v.* AMERICAN GENERAL ASSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 03-1594. ANGELICO *v.* LEHIGH VALLEY HOSPITAL, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 03-1595. EMPLOYERS INSURANCE OF WAUSAU *v.* EL BANCO DE SEGUROS DEL ESTADO. C. A. 7th Cir. Certiorari denied.

No. 03-1599. CITY OF MESA, ARIZONA *v.* PETERSEN. Sup. Ct. Ariz. Certiorari denied.

No. 03-1600. GANTT *v.* SECURITY, USA, INC. C. A. 4th Cir. Certiorari denied.